UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PERRY MADSEN,

    Plaintiff,

v.

JUDGE PHILIPS, et al.,

    Defendants.

CASE NO. C99-1805C

ORDER DISMISSING
§ 2254 PETITION

The Court, having reviewed the petition for habeas corpus, the Report and Recommendation of Judge Ricardo S. Martinez, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition is DISMISSED without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Martinez.

DATED this 2 day of June 2000.

~~THOMAS S. ZILLY~~ / John C. Coughenour
United States District Judge

ORDER DISMISSING § 2254 PETITION